U.S. DISTRICT JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

DAVID WOLF,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

CIVIL NO. 3:17-CV-05365-JLR

ORDER FOR DISMISSAL WITH PREJUDICE

This matter coming before the court upon motion, the court finds it is well taken. It is therefore ordered this matter is dismissed with prejudice.

Dated this 7th day of Sept., 2017.

_____
UNITED STATES DISTRICT JUDGE ROBART

ORDER FOR DISMISSAL WITH PREJUDICE

Crandall, O'Neill, Imboden & Styve, P.S.
Attorneys at Law
1447 Third Avenue, Suite A / Box 336
Longview, WA 98632
360 425 4470 - Fax 360 425 4477

Presented by:

_[signature]_

_____
TOM O'NEILL WSB#9363
Attorney for the Plaintiff

<u>per Email approval by Nancy Mishalanie</u>
NANCY MISHALANIE
Office of General Counsel

ORDER FOR DISMISSAL WITH PREJUDICE

Crandall, O'Neill, Imboden & Styve, P.S.
Attorneys at Law
1447 Third Avenue, Suite A / Box 336
Longview, WA 98632
360 425 4470 - Fax 360 425 4477